# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HICKS,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>    Respondent. | Case No. 2:18-cv-04899-JVS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the records on file, and the Amended Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Amended R&R to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that Judgment be entered (1) **DENYING** the First Amended Petition for a Writ of Habeas Corpus; and (2) **DISMISSING** this action with prejudice.

Dated: April 09, 2020

_____
HONORABLE JAMES V. SELNA
United States District Judge