JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HICKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>　　　　Respondent. | Case No. 2:18-cv-04899-JVS (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 09, 2020

　　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　United States District Judge